**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

| | | |
|---|---|---|
| United States of America, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DAVID T. SCHULTZ |
| | ) | U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) | |
| v. | ) | Case No:        26-mj-517 (DTS) |
| | ) | Date:           June 26, 2026 |
| Douglas J. Mohler, | ) | Courthouse:     Minneapolis |
| | ) | Courtroom:      9E |
| Defendant. | ) | Time Commenced: 1:44 PM |
| | ) | Time Concluded: 1:48 PM |
| | ) | Time in Court:  4 Minutes |

APPEARANCES:

  Plaintiff:        Robert Tucker, Assistant U.S. Attorney
  Defendant:        Lisa Lopez, Assistant Federal Defender
        X FPD          X To be appointed

     X  Advised of Rights

on    X  Superseding Indictment
X Date charges or violation filed: June 2, 2026
X Current Offense: Wire Fraud
X **Charges from other District:**  Western District of Arkansas
X Title and Code of underlying offense from other District: 18;1343
X Case no: 4:24-CR-40011-001

X Government moves for a detention hearing.        X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Wednesday July 1, 2026, at 11:00 AM before U.S. Magistrate Judge Douglas L. Micko
in courtroom 6B (STP) for:
X  Detention hrg

X  Removal hearing waived
X  Removal Order to be issued
X  Government moves to unseal the case.        X  Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                              s/gep
                             Signature of Courtroom Deputy